**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RICKY VAN WILLIAMS, JR.                                                                                            PLAINTIFF

V.                                        3:07CV00030 JMM/JTR

KAY HARRIS, Officer in Charge,
Craighead County Detention Facility, et al.                                                            DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to change Plaintiff's mailing address to the address he provided in his March 14, 2007 letter (docket entry #2).

2. The Complaint (docket entry #1) is DISMISSED, AS MOOT.

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this 4th day of May, 2007.

*[signature]*
UNITED STATES DISTRICT JUDGE