**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

RICKY VAN WILLIAMS, JR.                                                              PLAINTIFF

V.                                         3:07CV00030 JMM/JTR

KAY HARRIS, Officer in Charge,
Craighead County Detention Facility, et al.                                    DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, AS MOOT, and Judgment is entered in favor of Defendants on all claims set forth in this action. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 4th day of May, 2007.

*[signature]*
UNITED STATES DISTRICT JUDGE